**Juan C. Chavez**, OSB #136428
Email: jchavez@ojrc.info
PO Box 5248
Portland, OR 97208
Telephone: 503-944-2270
Facsimile: 503-715-5763

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MICHAEL THOMPSON, *individually, on behalf of a class of other similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> COLUMBIA COUNTY; SHERIFF BRIAN PIXLEY; and LT. BROOKE MCDOWALL, <br><br> Defendants. | Case No. 3:20-cv-00490 <br><br><br> VOLUNTARY DISMISSAL OF CASE <br><br> (UNOPPOSED) |

Pursuant to FRCP 41(a)(1)(A)(i) Plaintiff Michael Thompson motions this Court to dismiss their suit against Defendants Columbia County, Sheriff Brian Pixley, and Lt. Brooke McDowall, without prejudice and without costs or attorney fees to either party. Defendants have not served an Answer in this matter.

DATED this May 18, 2020.

*/s/ Juan C. Chavez*
Juan C. Chavez, OSB #136428
PO Box 5248
Portland, OR 97208

VOLUNTARY DISMISSAL OF CASE
Page 1 of 1